# CIVIL CAUSE FOR INITIAL CONFERENCE

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 5/29/2019     TIME: 12:00 PM     TIME IN COURT: 30 min.

CASE: **Teknor Apex Company v. Ray Padula Holdings
2:19-cv-02248-JMA-AYS**

**FILED
CLERK**

5/29/2019 12:55 pm

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

APPEARANCES:   For Plaintiff: Michael Aschen, Anthony Difilippi

For Defendants: John Zaccaria

FTR: 12:32-12:53

- ☒ Case called.
- ☐ Counsel present for all sides.
- ☐ Briefing schedule set.
  Moving papers served by:
  Response:
  Reply:
  - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case to be referred to the Magistrate Judge for
- ☐ Jury selection and trial scheduled for  .
- ☒ A telephone status conference is scheduled for 6/5/2019 at 3:30 PM before Judge Azrack. Counsel for the plaintiff shall initiate the call and contact Chambers at 631-712-5600 when both parties are on the line.
- ☐ Other: