# CIVIL CAUSE FOR STATUS CONFERENCE (Tel)

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 6/5/2019          TIME: 3:30 PM          TIME IN COURT: 20

CASE:  **Teknor Apex Company v. Ray Padula Holdings**
       **2:19-cv-02248-JMA-AYS**

APPEARANCES:   For Plaintiff: Michael Aschen

               For Defendants: John Zaccaria

**FILED
CLERK**

6/5/2019 4:16 pm

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

FTR:

- ☒ Case called.
- ☐ Counsel present for all sides.
- ☐ Briefing schedule set.
    Moving papers served by:
    Response:
    Reply:
    - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case to be referred to the Magistrate Judge for
- ☐ Jury selection and trial scheduled for  .
- ☐ A telephone status conference is scheduled for   before Judge Azrack. Counsel for the plaintiff shall initiate the call and contact Chambers at 631-712-5600 when both parties are on the line.
- ☒ Other: The parties shall submit a proposed discovery schedule to Judge Shields for approval. The case is respectfully referred to Magistrate Judge Shields to oversee discovery.